

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00704-CR

Richard **SALAZAR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR2671
Honorable Sid Harle, Judge Presiding[1]

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 15, 2023.

_____
Beth Watkins, Justice

---

[1] The Honorable Ron Rangel is the presiding judge of the 379th Judicial District Court of Bexar County, and he presided over Salazar's trial and signed the final judgment of conviction in this case. However, the Honorable Sid Harle heard and ruled on the motion to dismiss at issue in this appeal.